# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| D'OSSIE DEON DINGUS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TENNESSEE DEPARTMENT OF SAFETY, et al.,<br>　　　　　Defendants. | ORDER<br><br>No. 3:07-cv-452<br>Judge Tena Campbell |

On November 1, 2012 the court dismissed some of the claims in this lawsuit, but gave Plaintiff D'Ossie Deon Dingus an opportunity to file a proposed amended complaint to remedy some of the issues. On November 21, 2012, Mr. Dingus filed a Motion to Amend/Revise the Complaint, to which he attached his Proposed Amended Complaint (Docket No. 78). Defendants have not opposed the Motion to Amend. The court hereby GRANTS Mr. Dingus' Motion to Amend. Mr. Dingus is directed to formally file his Amended Complaint.

SO ORDERED this 18th day of January, 2013.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge